UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WESTMINSTER SECURITIES CORP.,<br><br>*Petitioner*,<br><br>v.<br><br>PETROCOM ENERGY LIMITED, and PETROCOM LIMITED,<br><br>*Respondents*. | No. 10-CV-7893-DLC<br><br>ECF Case |

## NOTICE OF MOTION

Respondents Petrocom Energy Limited and Petrocom Limited move for an order, pursuant to 9 U.S.C. § 10, vacating the Final Award, issued on September 20, 2010, in *Westminster Securities Corp. v. Petrocom Energy Limited*, ICDR Case No. 50 T 148 T 00420 08.

The grounds for Respondents' motion are set forth in the accompanying memorandum of law.

Dated:  New York, New York
        December 10, 2010

Respectfully submitted,

JONES DAY

By: /s/ Todd R. Geremia
    Todd R. Geremia (TG-4454)
    Laura W. Sawyer (LS-4385)
    JONES DAY
    222 East 41st Street
    New York, New York 10017-6702
    (212) 326-3939

*Attorneys for Respondents,
Petrocom Limited and Petrocom Energy Limited.*