UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTMINSTER SECURITIES CORP., <br><br>*Petitioner*, <br><br>v. <br><br>PETROCOM ENERGY LIMITED, and PETROCOM LIMITED, <br><br>*Respondents*. | No. 10-CV-7893-DLC <br> ECF Case |

## DECLARATION OF TODD R. GEREMIA

I, TODD R. GEREMIA, declare the following under penalty of perjury:

1. I am a partner in the law firm Jones Day, counsel for Respondents, Petrocom Energy Limited and Petrocom Limited. I submit this declaration in connection with Respondents' motion to vacate the Final Award, issued on September 20, 2010, in *Westminster Securities Corp. v. Petrocom Energy Limited*, ICDR Case No. 50 T 148 T 00420 08.

2. Attached hereto as Exhibit A is a copy of the April 1, 2007 Placement Agent Agreement between Westminster Securities Corp. and Petrocom Energy Limited.

3. Attached hereto as Exhibit B is a copy of Respondents' letter to the Tribunal dated May 7, 2009.

4. Attached hereto as Exhibit C is a copy of pages 21-28, 42-46 and 91 of Respondents' Detailed Statement of Defense and Counterclaim dated February 10, 2010.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on December 10, 2010.

_____
TODD R. GEREMIA